# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM J. BERRY, | ) | 3:08-CV-0573-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 27, 2009 |
| | ) | |
| J. CRINER, P. TALLMAN, and | ) | |
| B. WILLES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.,</u> U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>          REPORTER:  <u>NONE APPEARING</u>

<u>COUNSEL FOR PLAINTIFF(S):  NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed their Motion to Dismiss (Doc. #9).

Defendants' Motion to Dismiss (Doc. #9) is **DENIED** without prejudice to being renewed after the Inmate Early Mediation Conference scheduled on April 21, 2009, if necessary.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>      /s/                          </u>
         Deputy Clerk