Case 3:08-cv-00573-RCJ-RAM   Document 20   Filed 10/01/09   Page 1 of 2
09/21/2009 16:29   775-688-1253   ESP9ADMIN   PAGE 02
Case 3:08-cv-00573-RCJ-RAM   Document 19   Filed 09/23/2009   Page 1 of 2

```
                                                 ENTERED              SERVED ON
                                                 COUNSEL/PARTIES OF RECORD

                                                     OCT - 1 2009

                                                 CLERK US DISTRICT COURT
                                                 DISTRICT OF NEVADA
                                              BY:                       DEPUTY
```

1  CATHERINE CORTEZ MASTO
   Nevada Attorney General
2  JILL C. DAVIS
   Senior Deputy Attorney General
3  Nevada Bar No. 8418
   Public Safety Division
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, NV 89101
5  P: (702) 486-2625
   F: (702) 486-3773
6  *Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

WILLIAM J. BERRY,                    )   Case No. 3:08-cv-00573-BES-RAM
                                     )
            Plaintiff,               )
                                     )
v.                                   )   **STIPULATION TO DISMISS**
                                     )
J. CRINER; P. TALLMAN; and B. WILLES,)
                                     )
            Defendants.              )
_____)

   COMES NOW PLAINTIFF, WILLIAM J. BERRY AND DEFENDANTS JANET CRINER (ERRONEOUSLY SUED AS J. CRINER), PAUL TALLMAN (ERRONEOUSLY SUED AS P. TALLMAN), AND BRYAN WILLES (ERRONEOUSLY SUED AS B. WILLES), (HEREINAFTER "STATE DEFENDANTS") BY AND THROUGH COUNSEL, NEVADA ATTORNEY GENERAL CATHERINE CORTEZ MASTO, AND SENIOR JILL C. DAVIS, HEREBY AGREE AS FOLLOWS:

   1.   The above entitled case shall be dismissed with prejudice; and

///
///
///
///
///
//

-1-

2.    The parties shall bear their own costs and fees.

IT IS SO STIPULATED ON THIS 21ST AUGUST 2009
September

By: _____

_____
WILLIAM J. BERRY
Pro Se Plaintiff

Jill C. Davis
Senior Deputy Attorney General
Nevada Bar No. 8418
555 East Washington
Las Vegas, NV 89101
Attorneys For NDOC Defendants

IT IS SO ORDERED THIS 1ST DAY OF ~~AUGUST~~ OCTOBER, 2009

_____
DISTRICT COURT JUDGE

-2-